UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIE CLARK                                                          CIVIL ACTION

VERSUS

ALLIED TRUST INSURANCE
COMPANY                                                   NO. 22-00986-BAJ-EWD

## RULING AND ORDER

On October 19, 2023, the Magistrate Judge issued a **Show Cause Hearing Report, Recommendation, And Order (Doc. 24, the "Report")**, recommending that the above-captioned action be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41 due to Plaintiff having failed to appear for multiple conferences and hearings. The Magistrate Judge further ordered that a copy of the Report be sent to Plaintiff at the address for the property that is the subject of the insurance claim in this case via regular and certified mail. (*Id.*). Plaintiff has not objected to the Report, or otherwise appeared in this matter.

Having carefully considered the Magistrate Judge's recommendation and the underlying record, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41.

Certified Mail 7020 0640 0001 4750 6927

**IT IS FURTHER ORDERED** Clerk of Court shall transmit a copy of this Ruling and Order via regular and certified mail, return receipt requested to Plaintiff Julie Clark at the address listed on PACER, which was previously confirmed by defense counsel as the address for the property that is the subject of the insurance claim in this case.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 21st day of November, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2